UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PINIKA, LLC, | Case No. 1:07-cv-826 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Ellen S. Carmody |
| METLIFE, INC., | |
| Defendant. | |

## JUDGMENT

In accordance with this court's opinion issued August 24, 2009 (document #72) and the parties' joint calculation of damages and interest filed on November 4, 2009 (document #77):

**Judgment is entered in favor of plaintiff and against defendant, in the amount of $123,551.73** (one hundred twenty-three thousand five hundred fifty-one dollars and seventy-three cents).

This is a final judgment.

**IT IS SO ORDERED this 30th day of November 2009.**

      /s/ Paul L. Maloney
      Honorable Paul L. Maloney
      Chief United States District Judge